ACCEPTED
01-14-00558-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/8/2015 2:47:22 PM
CHRISTOPHER PRINE
CLERK



# NICHOLAS "NICO" LAHOOD

## Criminal District Attorney

### Bexar County, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
1/8/2015 2:47:22 PM
CHRISTOPHER A. PRINE
Clerk

January 8, 2015

Honorable Christopher A. Prine, Clerk
First Court of Appeals District
301 Fannin Street
Houston, Texas 77002

       RE:    Joseph Arreola v. The State of Texas
                Appellate Case No. 01-14-00558-CR
                Trial Court Case No. 2012-CR-4258

Dear Mr. Prine:

The Appellants counsel in the instant case has filed a brief pursuant to Anders v. California, 386 U.S. 738,87 S. Ct. 1402,18 L. Ed. 2d 493 (1967). It is asserted therein that no reversible error exists in the instant case. The State waives the right to file an Appellee's brief in response at this time, however, stands ready to respond should the Court find it necessary.

Thank you in advance for your consideration.

Sincerely yours,

/s/ Mary Beth Welsh
Mary Beth Welsh
Assistant Criminal District Attorney
Bexar County, Texas
Paul Elizondo Tower
101 W. Nueva
(210) 335-2782
S.B.N. 00785215
mwelsh@bexar.org

                              cc: Kimberly Dufour Gardner
                                  Attorney at Law
                                  10 Ledge Lane
                                  San Antonio, Texas  78212

Attorney for the State